No. 551, Misc.  CIONI *v.* RAGEN, WARDEN.  Circuit Court of Bureau County, Illinois.  Certiorari denied.

No. 556, Misc.  KRULL *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  *Oscar M. Smith* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 557, Misc.  KRULL *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  *J. S. Kilpatrick* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 560, Misc.  CORNELIOUS *v.* NEW YORK.  Appellate Division of the Supreme Court of New York, Fourth Judicial Department.  Certiorari denied.

No. 563, Misc.  JEROME *v.* NEW YORK.  Appellate Division of the Supreme Court of New York, Fourth Judicial Department.  Certiorari denied.

No. 565, Misc.  MILLER *v.* FLORIDA ET AL.  Supreme Court of Florida.  Certiorari denied.

No. 567, Misc.  HARRE *v.* MISSOURI ET AL.  Supreme Court of Missouri.  Certiorari denied.

No. 568, Misc.  JONES *v.* ILLINOIS.  Supreme Court of Illinois.  Certiorari denied.

No. 570, Misc.  COHEN *v.* NEW JERSEY.  Supreme Court of New Jersey.  Certiorari denied.